UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CASEY H. PERRY,

                Plaintiff,                    Case No. 2:24-cv-10194

v.                                    Honorable Susan K. DeClercq
                                    United States District Judge

RYAN SILVERTHON,

                                    Honorable Curtis Ivy, Jr.
                                    United States Magistrate Judge

                Defendant.
_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION (ECF No. 87)**
**AND DENYING PLAINTIFF'S MOTIONS FOR DEFAULT JUDGMENT**
**(ECF Nos. 52; 54)**

On January 5, 2026, Magistrate Judge Curtis Ivy, Jr. issued a report recommending that this Court deny Plaintiff Casey H. Perry's motions for default judgment. ECF No. 87.

Judge Ivy provided 14 days for objections to be filed, but no party filed objections. They have therefore forfeited their right to appeal Judge Ivy's findings. *See Berkshire v. Dahl*, 928 F.3d 520, 530–31 (6th Cir. 2019) (citing *Thomas v. Arn*, 474 U.S. 140, 149 (1985)). Moreover, there is no prejudicial clear error in the report.

Accordingly, it is **ORDERED** that the Report and Recommendation, ECF No. 87, is **ADOPTED**.

Further, it is **ORDERED** that Plaintiff's Motions for Default Judgment, ECF Nos. 52; 54, are **DENIED**.

**This is not a final order and does not close the above-captioned case.**

*/s/Susan K. DeClercq*
SUSAN K. DeCLERCQ
United States District Judge

Dated: January 28, 2026