UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CASEY H. PERRY,

          Plaintiff,                    Case No. 2:24-cv-10194

v.                                 Honorable Susan K. DeClercq
                                   United States District Judge

RYAN SILVERTHON,

                                   Honorable Curtis Ivy, Jr.
                                   United States Magistrate Judge

          Defendant.

_____/

**ORDER ADOPTING REPORTS AND RECOMMENDATIONS (ECF Nos. 91; 93), DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT (ECF No. 63), GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT (ECF No. 73), AND DENYING AS MOOT PLAINTIFF'S MOTION FOR MDOC REVISED POLICY DIRECTIVE (ECF No. 94)**

On January 30, 2026, Magistrate Judge Curtis Ivy, Jr. issued two reports and recommendations (R&Rs). ECF Nos. 91; 93. The first R&R recommended denial of Plaintiff's motion for summary judgment, ECF No. 91, and the second R&R recommended granting Defendant's motion for summary judgment, ECF No. 93.

Judge Ivy provided 14 days for objections to be filed on both R&Rs, but no party filed objections to either R&R.[1] They have therefore forfeited their right to

---

[1] Although Plaintiff did not file any objections, he did file a motion on February 2, 2026. ECF No. 94. But this motion will be denied as moot because adopting Judge Ivy's R&Rs and granting Defendant's motion for summary judgment closes this case.

appeal Judge Ivy's findings. *See Berkshire v. Dahl*, 928 F.3d 520, 530–31 (6th Cir. 2019) (citing *Thomas v. Arn*, 474 U.S. 140, 149 (1985)). Moreover, there is no prejudicial clear error in either R&R.

Accordingly, it is **ORDERED** that the Reports and Recommendations, ECF Nos. 91; 93, are **ADOPTED**.

Further, it is **ORDERED** that Plaintiff's Motion for Summary Judgment, ECF No. 63, is **DENIED**.

Further, it is **ORDERED** that Defendant's Motion for Summary Judgment, ECF No. 73, is **GRANTED**.

Finally, it is **ORDERED** that Plaintiff's Motion for MDOC Revised Policy Directive, ECF No. 94, is **DENIED AS MOOT**.

**This is a final order and closes the above-captioned case.**

*/s/Susan K. DeClercq*
SUSAN K. DeCLERCQ
United States District Judge

Dated: February 24, 2026

- 2 -